IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSAY LAKE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STRYKER SALES, LLC | : | NO. 20-5554 |

## ORDER

AND NOW, this 1st day of March 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendant Stryker Sales, LLC for summary judgment (Doc. #18) is GRANTED in part and DENIED in part;

(2) The motion of defendant for summary judgment is GRANTED as to plaintiff's hostile work environment claims; and

(3) The motion of defendant for summary judgment is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.